IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lester C. Carr; George B. Lemacks; Earnestine Parker, | ) ) ) | C/A: 3:06-1271-JFA |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| Pfizer, Inc.; Warner-Lambert Company, LLC; | ) ) | |
| Defendants. | ) ) ) | |

      This action was initiated in this District by William A. Green, a duly licensed attorney, on April 27, 2006. Thereafter, the case was transferred to the Judicial Panel on Multidistrict Litigation for consolidated proceedings with other cases raising similar issues. This case has now been remanded back to the District of South Carolina by the MDL Panel.

      While this matter was pending before the MDL court, the three plaintiffs in this action signed a document indicating their desire to relieve their counsel of record and to go forward in this case as *pro se* litigants.

      The court will conduct a status conference in this case at 11:00 a.m. on Tuesday, October 22, 2013 in Courtroom No. IV of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina. A notice from the Clerk's Office setting this hearing will be filed under separate cover. Lester C. Carr, George B. Lemacks; Earnestine Parker, the plaintiffs in this action, along with counsel for the defendant, must appear at this status conference to provide information to the court regarding the status of this case; formulate a plan for discovery; and set a trial date.

The plaintiffs, who have elected to represent themselves, are hereby advised that the court will permit them to proceed *pro se*, but the court will expect strict compliance with all of the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

IT IS SO ORDERED.

October 9, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge