IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lester C. Carr; George B. Lemacks; Earnestine Parker, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>Pfizer, Inc.; Warner-Lambert Company, LLC; )<br>)<br>Defendants. )<br>_____ ) | C/A: 3:06-1271-JFA<br><br>ORDER |

This action was filed in the District of South Carolina and then assigned to another District by the Judicial Panel on Multidistrict Litigation. While the action was pending there, each of the above-named plaintiffs signed authorizations allowing their attorney of record, William Green, to withdraw as counsel, and indicated their intentions to go forward with the law suit on a *pro se* basis.

When the cases were returned to the District of South Carolina, this court scheduled a status conference for Tuesday, October 22, 2013. The purpose of the status conference was to establish a scheduling order for the duration of this litigation and to explain to the plaintiffs their obligations to diligently prosecute the case as *pro se* plaintiffs. Lester Carr was the only plaintiff to appear at the status conference.

The court then entered an order and rule to show cause, directing Mr. Lemacks and Ms. Parker to appear at a hearing on Monday, November 4, 2013, to explain why they had not appeared at the status conference. That order (ECF No. 42) informed Mr. Lemacks and

1

2

Ms. Parker that if they failed to appear at the November 4, 2013 rule to show cause hearing, their respective civil actions would be dismissed.

Neither Mr. Lemacks nor Ms. Parker appeared at the rule to show cause hearing. For the foregoing reasons, the claims of both George B. Lemacks and Earnestine Parker are hereby dismissed with prejudice.

IT IS SO ORDERED.

November 13, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge