IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lester C. Carr, ) | C/A: 3:06-1271-JFA |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| Pfizer, Inc.; Warner-Lambert Company, LLC; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This action was filed in the District of South Carolina and then assigned to another District by the Judicial Panel on Multidistrict Litigation. When the cases were returned to the District of South Carolina, this court scheduled a status conference for Tuesday, October 22, 2013. The *pro se* plaintiff, Lester Carr, appeared at the status conference.

Since that hearing, Mr. Carr has written the court asking that the case be voluntarily dismissed. The court hereby grant's the motion (ECF No. 50). There being no further claims against the defendants, the Clerk is authorized to close this action.

IT IS SO ORDERED.

November 14, 2013                   Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge